**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In    Debtor(s)<br>Re:  **Angelia Thacker Cogley**<br>383 Antioch Road<br>Fayetteville, GA 30215<br><br>**xxx–xx–0544** | Case No.: **18–64049–bem**<br>Chapter:  **7**<br>Judge:  **Barbara Ellis–Monro** |

## NOTICE SETTING DEADLINE FOR
## FILING PROOFS OF CLAIM

You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non–government proof of claim: **1/30/19**

Government proof of claim: **02/17/19**

File with:
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Use Official Form B410 to file a claim. To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated:   November 1, 2018

Form ntcpoc

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                              Case No. 18-64049-bem
Angelia Thacker Cogley                                                              Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 113E-9          User: kpc2                  Page 1 of 2           Date Rcvd: Nov 01, 2018
                              Form ID: ntcpoc             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
db             +Angelia Thacker Cogley,    383 Antioch Road,    Fayetteville, GA 30215-5704
aty             Arnall Golden Gregory LLP,    171 17th Street, N.W.,    Suite 2100,    Atlanta, GA   30363-1031
21766487       +BRIDGECREST FORMERLY DRIVETIME,    P O BOX 29018,    PHOENIX, AZ 85038-9018
21766488       +Bright Loan,    PO Box 578,   Hays, MT 59527-0578
21766492       +COMENITYBANK/KAY JEWELER,    PO BOX 182789,    COLUMBUS, OH 43218-2789
21766494       +D&A Services,    1400 E Touhy Ave,   Suite G2,    Des Plaines, IL 60018-3338
21766495       +Equifax,   PO Box 740241,    Atlanta, GA 30374-0241
21766496       +Experian,    701 Experian Parkway,   Allen, TX 75013-3715
21766497       +FED LOAN SERVICING,    PO BOX 60610,    HARRISBURG, PA 17106-0610
21766498       +FEDLOAN SERVICING,    PO BOX 60610,    HARRISBURG, PA 17106-0610
21766504       +Johnston & Owen  LLP,    124 North Hill Street,    Griffin, GA 30223-3327
21766510        RISECSO,    4150 INTERNATIONAL PZ 300 FT,    WORTH, TX 76109
21766514       +STATE FARM FEDERAL CREDIT,    1 STATE FARM PZ,    BLOOMINGTON, IL 61710-0001
21766513        STATE FARM FEDERAL CREDIT,    1 STATE,    FARM PZ BLOOMINGTON, IL 61710
21766511       +Sage Lending,    PO Box 240,   Commerce, GA 30529-0004
21766512       +Spot Loan Lending,    PO Box 927,   Palatine, IL 60078-0927
21766515       +TBOM/FORTIVA MC,    PO BOX 105555,    ATLANTA, GA 30348-5555
21766516       +THE BANK OF MISSOURI,    5109 S BROADBAND LN,    SIOUX FALLS, SD 57108-2208
21766517       +Transunion,    2 Baldwin Place,   PO Box 1000,    Crum Lynne, PA 19022-1370

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BSGHAYS.COM Nov 02 2018 01:23:00      S. Gregory Hays,    Hays Financial Consulting, LLC,
                 Suite 555,    2964 Peachtree Road,    Atlanta, GA 30305-4909
21766486        E-mail/Text: bankruptcy@ldf-holdings.com Nov 01 2018 21:56:00      Amplify Funding,
                 597 Peace Pipe Road, 2nd Floo,    Lac Du Flambeau, WI 54538
21766489       +EDI: CAPITALONE.COM Nov 02 2018 01:23:00      CAPITAL ONE BANK USA NA,    PO BOX 30281,
                 SALT LAKE CITY, UT 84130-0281
21766490       +EDI: PHINGENESIS Nov 02 2018 01:23:00      CB INDIGO,    PO BOX 4499,    BEAVERTON, OR 97076-4499
21766491       +EDI: CHASE.COM Nov 02 2018 01:23:00      CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
21766493       +EDI: CRFRSTNA.COM Nov 02 2018 01:23:00      CREDIT FIRST,    PO BOX 81315,
                 CLEVELAND, OH 44181-0315
21766499       +EDI: AMINFOFP.COM Nov 02 2018 01:23:00      FIRST PREMIER BANK,    3820 N LOUISE AVE,
                 SIOUX FALLS, SD 57107-0145
21766500        EDI: GADEPTOFREV.COM Nov 02 2018 01:23:00      Georgia Department of Revenue,
                 Bankruptcy Section,    1800 Century Blvd NE Ste 9100,    Atlanta, GA 30345
21766501       +E-mail/Text: bankruptcygpl@greatplainslending.com Nov 01 2018 21:55:24      GREAT PLAINS LENDING,
                 112 PARADISE DR,    B RED ROCK, OK 74651-2203
21766502       +E-mail/Text: collections@greentrustcash.com Nov 01 2018 21:55:42      Green Trust Cash,
                 PO Box 340,   Hays, MT 59527-0340
21766503        EDI: IRS.COM Nov 02 2018 01:23:00      Internal Revenue Service,    Centralized Insolvency Opera,
                 PO Box 7346,    Philadelphia, PA 19101-7346
21766506       +EDI: CBSKOHLS.COM Nov 02 2018 01:23:00      KOHLS DEPARTMENT STORE,    PO BOX 3115,
                 MILWAUKEE, WI 53201-3115
21766505       +E-mail/Text: BKRMailOPS@weltman.com Nov 01 2018 21:54:12      Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
21766507       +E-mail/Text: bk@lendingclub.com Nov 01 2018 21:55:26      LENDING CLUB CORPORATION,
                 71 STEVENSON 300,    SAN FRANCISCO, CA 94105-2985
21766508       +EDI: NFCU.COM Nov 02 2018 01:23:00      NAVY FEDERAL CR UN,    820 FOLLIN LN,
                 VIENNA, VA 22180-4907
21766509       +E-mail/Text: netcreditbnc@enova.com Nov 01 2018 21:55:45      NC FINANCIAL,
                 175 W JACKSON BV 1000,    CHICAGO, IL 60604-2863
21766654        E-mail/Text: usagan.bk@usdoj.gov Nov 01 2018 21:54:23      United States Attorney,
                 Northern District of Georgia,    75 Ted Turner Drive SW, Suite 600,    Atlanta GA 30303-3309
21766519       +EDI: BLUESTEM Nov 02 2018 01:23:00      WEBBANK/FINGERHUT,    6250 RIDGEWOOD RD,
                 SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21766518      ##+Web Bank,    8405 SW Nimbus Ave A,    Beaverton, OR 97008-7185
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 113E-9           User: kpc2                  Page 2 of 2                  Date Rcvd: Nov 01, 2018
                               Form ID: ntcpoc             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2018 at the address(es) listed below:
              Charles M. Clapp    on behalf of Debtor Angelia Thacker Cogley charles@lawcmc.com,
               ecf@lawcmc.com;R47480@notify.bestcase.com
              Michael J. Bargar    on behalf of Trustee S. Gregory Hays michael.bargar@agg.com,
               carol.stewart@agg.com;tarsha.daniel@agg.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              S. Gregory Hays    ghays@haysconsulting.net,    saskue@haysconsulting.net;GA32@ecfcbis.com
                                                                                           TOTAL: 4
```