UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-64049-BEM |
| | ) | |
| ANGELIA THACKER COGLEY, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

### APPLICATION TO EMPLOY AUCTIONEER

COMES NOW, S. Gregory Hays, duly appointed and acting Chapter 7 Trustee (the "**Applicant**") for the above-referenced bankruptcy estate (the "**Estate**"), and pursuant to 11 U.S.C. §327(a) shows the Court the following:

1. Applicant is the duly qualified and acting Chapter 7 Trustee in this case.

2. On August 21, 2018 (the "**Petition Date**"), Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, initiating Case No. 18-64049-BEM (the "**Case**").

3. On or about August 22, 2018, Trustee was appointed to the Case as interim Chapter 7 trustee under 11 U.S.C. § 701(a)(1), and remains the duly acting Trustee in the Case.

4. Trustee previously obtained an *Order* [Doc. No. 26], authorizing the employment of Atlanta Real Estate Brokerage LLC and Bill Celler as the real estate broker for the Estate (the "**Broker**"). The Broker's engagement is expiring on August 31, 2020, and Trustee and the Broker have agreed to pull the listing.

5. Applicant wishes to employ BULLSEYE AUCTION & APPRAISAL, LLC ("**Bullseye**") as Applicant's Auctioneer. Applicant shows that Bullseye is bonded and insured and well qualified to perform the work required in this case and is experienced in the matters for which auction and liquidation services are required.

6. The professional services which Bullseye is to render include:

a) To recover and make an inspection of that certain real property known generally as 461 (consisting of 321, 461 and 0) Reavis Mountain Road, Ball Ground Cherokee County, Georgia 30107 (the "**Property**");

b) To conduct a public auction or private sale of the Property as may result in net sale proceeds to the Estate;

c) Such other work as may be indicated by the Applicant's analysis of the Debtor and the Estate.

7. To the best of the Applicant's knowledge and belief Bullseye has no equity interest in and no connections with the Debtor, Christy Cogley (the non-filing co-owner of the Property), any other party in interest, or its attorneys and accountants. The Affidavit of Scott Kenneth Schwartz, a member of Bullseye, is attached hereto, marked as Exhibit "A," and made a part hereof by reference.

8. Applicant shows that Bullseye has agreed to perform listing, marketing, and auction services, subject to further application and order of the Court, as to the sale of the Property, for a ten percent (10%) commission of the gross sale price, plus reimbursement by the Estate for in out-of-pocket expenses in an amount not to exceed SEVEN HUNDRED FIFTY AND NO/100 DOLLARS ($750.00).

15435469v1

Wherefore, Applicant prays that he be authorized to employ Bullseye to perform the professional services required in connection with this case and on the terms stated.

This 29th day of August, 2020.

<div style="margin-left: 40%;">

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By: */s/Michael J. Bargar*
    Michael J. Bargar
    GA Bar No. 645709
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1031
Phone: 404.873.8500
Fax: 404.873.8501
Email: michael.bargar@agg.com

</div>

15435469v1

**EXHIBIT "A" FOLLOWS**

STATE OF GEORGIA
COUNTY OF GWINNETT

## VERIFIED STATEMENT UNDER RULE 2014

Personally appeared before the undersigned officer duly authorized by law to administer oaths, SCOTT KENNETH SCHWARTZ, Georgia License Number 2643, of the firm of BULLSEYE AUCTION & APPRAISAL, LLC, who after being duly sworn, on oath deposes and says:

1) I am a member of Bullseye Auction & Appraisal, LLC, an auction and appraisal firm fully bonded and operating under Georgia License Number 3575 and having offices at 500 Pike Park Drive, Suite F, Lawrenceville, Georgia 30046.

2) To the best of my knowledge:

(a) I am and every person in my firm is a "disinterested person" as that term is defined by 11 U.S.C. § 101(14) with regard to the Debtor, Angelia Thacker Cogley, Case No. 18-64049-BEM ("Debtor"), and its bankruptcy estate:

(b) Neither I nor any member of my firm

i. Holds or represents an interest adverse to the bankruptcy estate of Debtor or Debtor;

ii. Has had any business, professional or other connections up to the date of this Affidavit with Debtor, its creditors, or any other party in interest of which I am aware, and their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee within the purview of Rule 2014 of the Federal Rules of Bankruptcy Procedures and 11 U.S.C. § 327. Disclosure is made, however, that my firm and I have previously represented and do represent S. Gregory Hays (in his capacity as a bankruptcy trustee) as auctioneers in unrelated matters; or

iii. Is related to any Judge of this Court, or so connected now or in the past with any Judge of this Court as to render such appointment improper.

FURTHER AFFIANT SAYETH NAUGHT.

Sworn to and subscribed before me
This 20 day of August, 2020.

_____
Notary Public
My Commission Expires: 8-5-2022

BULLSEYE AUCTION & APPRAISAL, LLC

By_____
SCOTT KENNETH SCHWARTZ


R. W. SAMMONS
Notary Public, Georgia
Gwinnett County
My Commission Expires
8-5-2022

15403589v1



## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing *Application to Employ Auctioneer* upon each of the following:

Office of the United States Trustee
Room 362, Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Scott Schwartz
Bullseye Auction & Appraisal, LLC
500 Pike Park Drive, Suite F
Lawrenceville, GA 30046

Charles M. Clapp
Law Offices of Charles Clapp, LLC
5 Concourse Parkway, NE
Suite 3000
Atlanta, GA 30328

Angelia Thacker Cogley
383 Antioch Road
Fayetteville, GA 30215

Christy Cogley
1888 Highway 92 S
Fayetteville, GA 30215-5827

by depositing a copy of the same in the United States Mail in an envelope properly addressed with sufficient postage to assure delivery.

This 29th of August, 2020.

/s/ *Michael J. Bargar*
Michael J. Bargar
GA Bar No. 645709

15435469v1