**IT IS ORDERED as set forth below:**

Date: September 1, 2020



_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-64049-BEM |
| | ) | |
| ANGELIA THACKER COGLEY, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**ORDER**

S. Gregory Hays, duly appointed Chapter 7 Trustee ("**Applicant**") for the bankruptcy estate (the "**Estate**") of Angelia Thacker Cogley ("**Debtor**") filed an Application to Employ (the "**Application**") Bullseye Auction & Appraisal, LLC ("**Bullseye**") as his Auctioneer to recover, make an inspection of and sell that certain real property known generally as 461 (consisting of 321, 461 and 0) Reavis Mountain Road, Ball Ground Cherokee County, Georgia 30107 (the "**Property**"), pursuant to the purposes and terms more specified in the Application.

15435642v1

No notice or hearing on the Application is necessary. Based upon the verified statement included with the Application, it appears that Bullseye does not represent any interest adverse to the Estate or Christy Cogley (the non-filing co-owner of the Property) and is disinterested as that term is defined in 11 U.S.C. §101(14).

As this case justifies employment of a professional for the purposes specified, it is hereby

**ORDERED** that under 11 U.S.C. § 327 Applicant is hereby authorized to retain and employ Bullseye as the Estate's Auctioneer for the purposes and terms specified in the Application. It is further

**ORDERED** that no compensation shall be paid to Bullseye until the Court has allowed such compensation in accordance with 11 U.S.C. §§ 330 and 331, after notice and a hearing on an appropriate application for compensation, copies of which shall be served on the United States Trustee, counsel for Debtor, and all other parties in interest. It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. In the event any written objections are filed within said period, then a hearing will be held on notice to the objecting party, Bullseye, and Chapter 7 Trustee.

**[END OF DOCUMENT]**

Prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    GA Bar No.  645709
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363.1031
Tel: (404) 873-8500
Fax: (404) 873-8501
Email: michael.bargar@agg.com

15435642v1

## DISTRIBUTION LIST

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363.1031

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303


S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Scott Schwartz
Bullseye Auction & Appraisal, LLC
500 Pike Park Drive, Suite F
Lawrenceville, GA 30046

Charles M. Clapp
Law Offices of Charles Clapp, LLC
5 Concourse Parkway, NE
Suite 3000
Atlanta, GA 30328

Angelia Thacker Cogley
383 Antioch Road
Fayetteville, GA 30215

Christy Cogley
1888 Highway 92 S
Fayetteville, GA 30215-5827

15435642v1