UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-64049-BEM |
| | ) | |
| ANGELIA THACKER COGLEY, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| S. GREGORY HAYS, Trustee for the Estate of Angelia Thacker Cogley, | ) ) ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| v. | ) | |
| | ) | |
| TONYA LOGAN and DAVID LOGAN, CHEROKEE COUNTY TAX COMMISSIONER, CHRISTY COGLEY, and ANGELIA THACKER COGLEY, | ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**NOTICE OF PLEADING, DEADLINE TO OBJECT, AND FOR HEARING**

**PLEASE TAKE NOTICE** that on October 19, 2020, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Angelia Thacker Cogley ("**Debtor**"), filed Trustee's *Motion for Authority to (I) Sell Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances and (II) Disburse Certain Proceeds at Closing* [Doc. No. 39] (the "**Sale Motion**") and related papers with the Court, seeking, among other things, an order from the Court authorizing the sale of that certain certain real property known generally as 461 (consisting of 321, 461 and 0) Reavis Mountain Road, Ball Ground Cherokee County, Georgia 30107 (the "**Property**"), pursuant to 11 U.S.C. §§ 363(b), (f), and (m),

15661963v1

and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c), and 9014.  The Sale Motion proposes a sale of the Property to Matt Ragsdale (the "**Purchaser**") "as is" and "where is," for an *all-cash* sale price of $181,125.00 (the "**Purchase Price**"), subject to bankruptcy court approval (the "**Contract**").  A true and correct copy of the Contract is attached and marked as Exhibit "A" to the Sale Motion, and incorporated herein by reference.

The proposed Contract with a Purchase Price of $181,125.00 (i) is an all-cash offer, (ii) subject to no contingencies whatsoever, (iii) represents the highest and best offer Trustee has received, and (iv) is an appropriate selling price for the Property.  Further, with the proposed Contract, the costs to the Bankruptcy Estate, paying only a 3.5% commission of the Purchase Price, are much less than they would be with a sale at or auction, where the Bankruptcy Estate would pay a 10% real commission of the selling price, plus $750.00 in out-of-pocket expenses.

Trustee moves for authority to have paid at closing those liens and costs set forth in the Sale Motion. Although Trustee believes that the proposed sale is in the best interest of the Bankruptcy Estate and its creditors, Trustee invites any and all competing cash offers to be submitted in the form of an objection to the Sale Motion so long as the cash bid exceeds the present Contract by **at least $7,500.00** and is supported by **earnest money of at least five (5%) percent of the cash bid, with no contingencies, and the ability to close within ten (10) days.**

Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in the Sale Motion, you must timely file your objection with the Bankruptcy Clerk** at: Bankruptcy Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, and serve a copy on the Trustee's attorney, Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100,

15661963v1

Atlanta, Georgia 30363, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the Sale Motion has been scheduled for **November 24, 2020 at 10:00 a.m.**, in **Courtroom 1402**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.  If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

*Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated:   October 19, 2020.

         ARNALL GOLDEN GREGORY LLP
         *Attorneys for Trustee*

         By:   */s/ Michael J. Bargar*

171 17th Street, NW, Suite 2100         Michael J. Bargar
Atlanta, GA 30363         Georgia Bar No. 645709
404-873-7031         michael.bargar@agg.com

15661963v1