**IT IS ORDERED as set forth below:**



Date: November 18, 2020

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-64049-BEM |
| | ) | |
| ANGELIA THACKER COGLEY, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| S. GREGORY HAYS, Trustee for the Estate of Angelia Thacker Cogley, | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| v. | ) | |
| | ) | |
| TONYA LOGAN and DAVID LOGAN, CHEROKEE COUNTY TAX COMMISSIONER, CHRISTY COGLEY, and ANGELIA THACKER COGLEY, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON TRUSTEE'S MOTION FOR AUTHORITY TO
(A) SELL PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF ALL
LIENS, INTERESTS, AND ENCUMBRANCES AND (B) DISBURSE CERTAIN
PROCEEDS AT CLOSING**

15807569v1

On October 19, 2020, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Angelia Thacker Cogley ("**Debtor**"), filed *Trustee's Motion for Authority to (I) Sell of Property of the Bankruptcy Estate Free and Clear of Liens, Interests, and Encumbrances and (II) Disbursement of Certain Proceeds at Closing* [Doc. No. 39] (the "**Sale Motion**"), pursuant to 11 U.S.C. §§ 363(b), (f), and (m), and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c), and 9014.  In the Sale Motion, Trustee is seeking, among other things, an order from the Court authorizing the sale (the "**Sale**") of that certain real property commonly known as 461 (consisting of 321, 461 and 0) Reavis Mountain Road, Ball Ground Cherokee County, Georgia 30107 (the "**Property**") to Matt Ragsdale (the "**Purchaser**") for a sale price of $181,125.00 in accordance with the terms of a *Purchase and Sale Agreement* (the "**Contract**") attached to the Sale Motion as Exhibit "A."

Also on October 19, 2020, Trustee filed a *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 41] (the "**Notice**") regarding the Sale Motion, in accordance with General Order No. 24-2018.  Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on October 19, 2020.  [Doc. No. 42].

The Notice provided notice of the opportunity to object and for hearing scheduled for November 24, 2020 at 10:00 a.m., pursuant to the procedures in General Order No. 24-2018.  No objection to the Sale Motion was filed prior to the objection deadline provided in the Notice.

Having considered the Sale Motion and all other matters of record, including the lack of objection by any creditor or party in interest to the relief requested in the Sale Motion, and based on the foregoing, finding that no further notice or hearing is necessary; and, the Court having found good cause exists to grant the relief requested in the Sale Motion, it is hereby

**ORDERED** that the Sale Motion is **GRANTED**. It is further

15807569v1

**ORDERED** that the Contract is **APPROVED** and its terms are incorporated into this Order. It is further

**ORDERED** that Trustee is authorized and directed to take any and all actions necessary or appropriate to (a) consummate the Sale of the Property to Purchaser and perform under the terms of the Contract; (b) execute, perform, consummate, implement, and close fully the Sale together with all additional instruments and documents that may be reasonably necessary; and (c) execute and perform all of the obligations of Trustee under the Contract. It is further

**ORDERED** that this Order shall be binding upon all creditors (whether known or unknown) of Debtor, Purchaser, Trustee, the Bankruptcy Estate, and their respective successors, assigns, affiliates, and subsidiaries. It is further

**ORDERED** that upon consummation of the closing of the Sale, the Property shall be transferred and assigned to Purchaser free and clear of all liens, claims, interests, and encumbrances with all unpaid, valid, and enforceable liens, claims, interests, or encumbrances attaching to the sale proceeds with the same extent, validity, and priority that they held in the Property. It is further

**ORDERED** that the Sale of the Property to the Purchaser is "as is," "where is," and without representation or warranty, express or implied, from Trustee. It is further

**ORDERED** that the transactions contemplated by the Contract and this Order are undertaken by the Purchaser in good faith, as that term is used in Section 363(m) of the Bankruptcy Code, and accordingly, the reversal or modification on appeal of the authorization provided herein to consummate the Sale of the Property shall not affect the validity of the Sale to the Purchaser, unless such authorization is duly stayed pending such appeal. The Purchaser is a purchaser in good faith of the Property, and he is entitled to all the protections afforded by

15807569v1

Section 363(m) of the Bankruptcy Code.  It is further

**ORDERED** that, under Fed. R. Bankr. P. 6004(h), this Order shall be effective and enforceable immediately upon entry, and its provisions shall be self-executing.  In the absence of any person or entity obtaining a stay pending appeal, Trustee and Purchaser are free to close the Sale of the Property at any time, at which time the gross sales proceeds shall be paid to Trustee pursuant to this Order, and those disbursements requested by the Trustee in his Sale Motion are authorized to be made, including 50% of the net sale proceeds to Christy Cogley in accordance with terms of the Consent Judgment [A. P. Docket No. 10].  It is further

**ORDERED** that this Court retains exclusive jurisdiction over any action relating to, based upon, or arising from disputes or controversies relating to or concerning the Sale, the Contract, or this Order.

**[END OF DOCUMENT]**

15807569v1

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-8500
michael.bargar@agg.com


**Identification of parties to be served:**

Office of the United States Trustee, 362 Richard B. Russell Bldg.,75 Ted Turner Drive, SW, Atlanta, Georgia 30303

Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363-1031

S. Gregory Hays, Chapter 7 Trustee, Hays, Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305

Bill Celler, Atlanta Communities Real Estate, Brokerage, LLC, 3405 Dallas Highway, Suite 720, Marietta, GA 30064

Gina Ragsdale, Palmerhouse Properties, LLC, 2911 Piedmont Road, NE, Atlanta, GA 30305

Sonya Little, Cherokee County Tax Commissioner, 2780 Marietta Highway, Canton, GA 30114

Charles M. Clapp, Law Offices of Charles Clapp, LLC, 5 Concourse Parkway, NE, Suite 3000 Atlanta, GA 30328

Angelia Thacker Cogley, 383 Antioch Road, Fayetteville, GA 30215

Christy Cogley, 1888 Highway 92 S, Fayetteville, GA 30214-5827

Michael Campbell, Campbell & Brannon, LLC, Attention: Denise Hammock, 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342

15807569v1

United States Bankruptcy Court

Northern District of Georgia

| In re: | Case No. 18-64049-bem |
|---|---|
| Angelia Thacker Cogley | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: avilesj | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: pdf649 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angelia Thacker Cogley, 383 Antioch Road, Fayetteville, GA 30215-5704 |
| aty | | Arnall Golden Gregory LLP, 171 17th Street, N.W., Suite 2100, Atlanta, GA 30363-1031 |
| | + | Bill Celler, Atl Communities RE Brokerage LLC, 3405 Dallas Highway, Ste 720, Marietta, GA 30064-6428 |
| | + | Charles M. Clapp, Law Offices of Charles Clapp, LLC, 5 Concourse Parkway, NE, Suite 3000, Atlanta, GA 30328-7106 |
| | + | Christy Cogley, 1888 Highway 92 S, Fayetteville, GA 30215-5827 |
| | + | Gina Ragsdale,, Palmerhouse Properties, LLC, 2911 Piedmont Rd NE, Atlanta, GA 30305-2783 |
| | + | Michael Campbell, Campbell & Brannon, LLC, Attention: Denise Hammock, 5565 Glenridge Conn Ste 350, Atlanta, GA 30342-4705 |
| | + | Sonya Little, Cherokee County Tax Commiss, 2780 Marietta Highway, Canton, GA 30114-8208 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | Angelia Thacker Cogley, 383 Antioch Road, Fayetteville, GA 30215-5704 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2020                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles M. Clapp | |
| | on behalf of Debtor Angelia Thacker Cogley charles@lawcmc.com ecf@lawcmc.com;R47480@notify.bestcase.com |
| Charles M. Clapp | |

| District/off: 113E-9 | User: avilesj | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: pdf649 | Total Noticed: 8 |

on behalf of Defendant Angelia Thacker Cogley charles@lawcmc.com  ecf@lawcmc.com;R47480@notify.bestcase.com

Michael J. Bargar
    on behalf of Plaintiff S. Gregory Hays michael.bargar@agg.com  carol.stewart@agg.com

Michael J. Bargar
    on behalf of Defendant Tonya Logan michael.bargar@agg.com  carol.stewart@agg.com

Michael J. Bargar
    on behalf of Trustee S. Gregory Hays michael.bargar@agg.com  carol.stewart@agg.com

Office of the United States Trustee
    ustpregion21.at.ecf@usdoj.gov

S. Gregory Hays
    ghays@haysconsulting.net  saskue@haysconsulting.net;GA32@ecfcbis.com

TOTAL: 7