UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-64049-BEM |
| | ) | |
| ANGELIA THACKER COGLEY, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| S. GREGORY HAYS, Trustee for the | ) | |
| Estate of Angelia Thacker Cogley, | ) | |
| | ) | |
| Movant, | ) | CONTESTED MATTER |
| | ) | |
| V. | ) | |
| | ) | |
| TONYA LOGAN and DAVID LOGAN, | ) | |
| CHEROKEE COUNTY TAX | ) | |
| COMMISSIONER, | ) | |
| CHRISTY COGLEY, and | ) | |
| ANGELIA THACKER COGLEY, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**WITHDRAWAL OF DOCUMENT (DOCUMENT NO. 32)**

COMES NOW S. Gregory Hays, as the Chapter 7 Trustee of the bankruptcy estate of Angelia Thacker Cogley and files this *Withdrawal of Motion for Authority to (I) Sell at Public Auction Property of the Bankruptcy Estate Free and Clear of All Liens, Interests, and Encumbrances and (II) Disburse Certain Proceeds at Closing* [Doc. No. 32] filed on September 16, 2020.

15890602v1

Respectfully submitted this 2nd day of December, 2020.

        ARNALL GOLDEN GREGORY, LLP
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709

171 17th Street, Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8500 / michael.bargar@agg.com

15890602v1

# CERTIFICATE SERVICE

This is to certify that I, Michael J. Bargar, am over the age of 18 and that on this day I have caused to be served a copy of the foregoing *Withdrawal of Document (Document No. 32)* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by First Class United States Mail to:

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Chapter 7 Trustee
Hays, Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Charles M. Clapp
Law Offices of Charles Clapp, LLC
5 Concourse Parkway, NE
Suite 3000
Atlanta, GA 30328

Angelia Thacker Cogley
383 Antioch Road
Fayetteville, GA 30215

Christy Cogley
1888 Highway 92 S
Fayetteville, GA 30214-5827

This 2nd day of December, 2020.

*/s/ Michael J. Bargar*
Michael J. Bargar

15890602v1