UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ANGELIA THACKER COGLEY, | : | CASE NO. 18-64049-BEM |
| | : | |
| Debtor. | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On December 1, 2020, the Trustee sold real property of the estate known as 461 (and 321 and 0) Reavis Mountain Road, Ball Ground, GA 30107 ("**Property**") to Matt Ragsdale ("**Purchaser**") for $181,125.00 as ordered and approved by the Court on November 18, 2020 [Doc. No. 48].

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchaser and has received net funds of $81,173.91 from the sale.

Respectfully submitted this 3rd day of December, 2020.

                                                      /s
                                            S. Gregory Hays
Hays Financial Consulting, LLC       Chapter 7 Trustee
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

## Seller's Settlement Statement



**CAMPBELL & BRANNON**
ATTORNEYS AT LAW

| | |
|---|---|
| Settlement Date: | 12/01/2020 |
| Disbursement Date: | 12/01/2020 |
| Settlement Location: | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| File Number: | |
| Lender: | |
| Loan Type: | None |
| Buyer: | Matt Ragsdale<br>2035 Bolton Rd<br>Atlanta, GA 30318 |
| Seller: | S. Gregory Hays, as and only as Chapter 7 trustee in Bankruptcy for the Estate of Angelia Thacker Cogley<br>2964 Peachtree Road<br>Suite 555<br>Atlanta, GA 30305 |
| Property location: | 461 (& 321 & 0) Reavis Mountain Road<br>Ball Ground, GA 30107 |
| Tax Parcel No: | 04N03-053, 053A & 053B |

| | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Sale Price of Property | | 181,125.00 |
| Excess Deposit | 5,000.00 | |
| **Prorations/Adjustments** | | |
| County Taxes ($2829.57) 12/01/20 _01/01/21 | | 239.66 |
| **Commissions** | | |
| to Atlanta Communities | 6,125.00 | |
| **Miscellaneous Debits/Credits** | | |
| 50% funds to Christy Cogley per order to Christy Cogley | 82,711.51 | |
| Debtor's exemption to Angelia Thacker Cogley | 1,537.60 | |
| 2018, 2019 and 2020 taxes for 04n03-053 to Cherokee County Tax Commission | 6,907.51 | |
| 2018, 2019 and 2020 taxes for 04N03-053A to Cherokee County Tax Commissioner | 921.84 | |
| 2018, 2019 and 2020 taxes for 04N03-053B to Cherokee County Tax Commissioner | 1,987.29 | |
| **Subtotals** | 105,190.75 | 181,364.66 |
| **Balance Due TO Seller** | 76,173.91 | |

# CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and that on this day I served a copy of the foregoing *REPORT OF SALE* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

>Office of the United States Trustee
>362 Richard B. Russell Building
>75 Ted Turner Drive, SW
>Atlanta, GA 30303
>
>Charles M. Clapp
>Law Offices of Charles Clapp, LLC
>5 Concourse Parkway, NE,
>Suite 3000
>Atlanta, GA 30328
>
>Angelia Thacker Cogley
>383 Antioch Road
>Fayetteville, GA 30215

Dated: December 3, 2020.

>/s
>S. Gregory Hays
>Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net