UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ANGELIA THACKER COGLEY, | : | CASE NO. 18-64049-BEM |
| | : | |
| Debtor. | : | |

**TRUSTEE'S MOTION FOR AUTHORITY TO PAY ADMINISTRATIVE EXPENSES OF CHAPTER 7 ESTATE**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Angelia Thacker Cogley ("**Debtor**"), by and through undersigned counsel, and files *Trustee's Motion for Authority to Pay Administrative Expenses of Chapter 7 Estate* (the "**Motion**"). In support of his Motion, Trustee shows as follows:

**Jurisdiction and Venue**

1.

This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This Motion presents a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background Facts and Relief Requested**

2.

On August 21, 2018 (the "**Petition Date**"), Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code. Trustee was thereafter appointed the Chapter 7 trustee for Debtor's bankruptcy estate.

15972691v1

3.

At the commencement of the Bankruptcy Case, a bankruptcy estate was created pursuant to 11 U.S.C. § 541(a) (the "**Bankruptcy Estate**"), and that Bankruptcy Estate includes all Debtor's legal or equitable interests in property as of the commencement of the bankruptcy case and any interest in property that the estate acquires after commencement of the bankruptcy case. 11 U.S.C. § 541(a)(1) and (7) (2017). Trustee is the sole representative of the Bankruptcy Estate. 11 U.S.C. § 323(a) (2017).

4.

Through the efforts of Trustee and his professionals, on December 1, 2020, the Trustee sold real property of the estate known as 461 (and 321 and 0) Reavis Mountain Road, Ball Ground, GA 30107 ("**Property**") to Matt Ragsdale ("**Purchaser**") for $181,125.00 as ordered and approved by the Court on November 18, 2020 [Doc. No. 48]. The Trustee received net funds of $81,173.91 from the sale (the "**Sale**").

5.

As a result of the Sale, the Bankruptcy Estate has incurred state income tax expenses owed to the Georgia Department of Revenue in the amount of $170.00 for calendar year 2020.

6.

There are sufficient funds in the Bankruptcy Estate with which to make the foregoing payments, and such payments are proper administrative expenses of the Bankruptcy Estate.

WHEREFORE, Trustee requests that the Court grant this Motion and authorize Trustee to pay the above-described administrative expense claim.

Respectfully submitted this 18th day of December, 2020.

                                        ARNALL GOLDEN GREGORY LLP
                                      *Attorneys for Chapter 7 Trustee*

                                      By:*/s/ Michael J. Bargar*

171 17th Street, NW, Suite 2100      Michael J. Bargar
Atlanta, Georgia 30363                   Georgia Bar No. 645709
Phone: (404) 873-8500                  michael.bargar@agg.com

15972691v1

# CERTIFICATE OF SERVICE

This is to certify that I have this day served true and correct copies of the foregoing *Trustee's Motion for Authority to Pay Administrative Expenses of Chapter 7 Estate* by delivering copies of the same via United States first class mail, postage prepaid, to the following persons or entities at the addresses stated:

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW
Atlanta, GA 30305-2153

Charles M. Clapp
Law Offices of Charles Clapp, LLC
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328

Angelia Thacker Cogley
383 Antioch Road
Fayetteville, GA 30215

This 18th day of December, 2020.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

15972691v1