**IT IS ORDERED as set forth below:**

**Date: December 18, 2020**



_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ANGELIA THACKER COGLEY, | : | CASE NO. 18-64049-BEM |
| | : | |
| Debtor. | : | |

**ORDER AUTHORIZING PAYMENT OF ADMINISTRATIVE EXPENSES**

On December 18, 2020, S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of Angelia Thacker Cogley ("**Trustee**"), filed a motion for authority to pay administrative expenses of the bankruptcy estate, seeking authority to pay $170.00 to the Georgia Department of Revenue for State income taxes for calendar year 2020 [Doc. No. 52] (the "**Motion**").

In the Motion, Trustee shows that there are sufficient funds in this bankruptcy estate with which to make the foregoing payments, and Trustee submits that such payments are proper as administrative expenses of the bankruptcy estate.

15972843v1

The Court having considered the Motion and all other matters of record; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is granted and Trustee is authorized to pay $170.00 to the Georgia Department of Revenue for state income taxes for tax year 2020.

### [END OF DOCUMENT]

Order prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
   Michael J. Bargar
   Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-7030/ Fax:  (404) 873-7031
michael.bargar@agg.com

**Identification of parties to be served:**

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW Atlanta, GA
30305-2153

Charles M. Clapp
Law Offices of Charles Clapp, LLC
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328

Angelia Thacker Cogley
383 Antioch Road
Fayetteville, GA 30215

15972843v1