**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re: COGLEY, ANGELIA THACKER   § Case No. 18-64049-BEM
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 08/21/2018. The undersigned trustee was appointed on 08/21/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $       181,125.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 15,871.98 |
| Bank service fees | 768.56 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 82,711.51 |
| Exemptions paid to the debtor | 1,537.60 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 80,235.35 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/30/2019 and the deadline for filing governmental claims was 02/17/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,093.79. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,093.79, for a total compensation of $8,093.79[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $792.72 for total expenses of $792.72[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/23/2021                                    By: /s/ S. Gregory Hays
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 18-64049-BEM  
**Case Name:** COGLEY, ANGELIA THACKER  
**For Period Ending:** 06/23/2021

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 08/21/2018 (f)  
**§ 341(a) Meeting Date:** 09/25/2018  
**Claims Bar Date:** 01/30/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 461 Revis Mountain Road, Ball Ground, GA (One-Half Interest)<br>Land, 15 Acres; 3 separate adjacent properties. | 100,000.00 | 90,575.75 | | 181,125.00 | FA |
| 2 | 2009 Chevrolet Traverse, 180,000 miles<br>Notice of abandonment filed, Dkt # 16. | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2010 Nissan Pathfinder, 90,000 miles<br>Notice of abandonment filed, Dkt # 16. | 13,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Checking: USAA FSB | 633.00 | 33.00 | | 0.00 | FA |
| 7 | 401 (k): State Farm | 6,000.00 | 0.00 | | 0.00 | FA |
| 8 | Ret. or Pension Acct.: Roth 401k | 5,000.00 | 0.00 | | 0.00 | FA |
| 9 | Estate of Kenneth Thacker Owns Mobile Home subject to Mortgage; Mortgage exceeds value of Mobile Home<br>Owns Mobile Home subject to Mortgage; Mortgage exceeds value of Mobile Home. Net proceeds from sale of mobile home is $9,062.40. Debtor fully exempts probate estate distribution. | 9,062.40 | 0.00 | | 0.00 | FA |
| 9 | **Assets Totals (Excluding unknown values)** | **$139,495.40** | **$90,608.75** | | **$181,125.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2020   **Current Projected Date Of Final Report (TFR):** 06/23/2021 (Actual)

06/23/2021  
Date

/s/S. Gregory Hays  
S. Gregory Hays

| Form 2 | | | | | | Exhibit B |
|---|---|---|---|---|---|---|
| **Cash Receipts And Disbursements Record** | | | | | | Page: 1 |

| Case No.: | 18-64049-BEM | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | COGLEY, ANGELIA THACKER | | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***9966 | | Account #: | ******0351 Checking |
| For Period Ending: | 06/23/2021 | | Blanket Bond (per case limit): | $31,525,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/26/20 | {1} | Gina and Matt Ragsdale | Earnest Money - Purchase of Reavis Mountain Rd, Ball Ground GA property. Applied to purchase price per Order, Dkt # 48. | 1110-000 | 5,000.00 | | 5,000.00 |
| 10/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,995.00 |
| 11/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 7.71 | 4,987.29 |
| 12/03/20 | | Campbell & Brannon IOLTA (Matt Ragsdale, Purchaser) | Sale of Reavis Mountain Rd, Ball Ground GA property per Order, Dkt # 48. | | 76,173.91 | | 81,161.20 |
| | {1} | Matt Ragsdale | Sale price less $5,000 earnest money previously received per Order, Dkt # 48.   $176,125.00 | 1110-000 | | | |
| | | Cherokee County Tax Commissioner | 2018 - 2020 Property taxes paid per Order, Dkt # 48.   -$9,576.98 | 2820-000 | | | |
| | | Christy Cogley | Co-owner's interest in property. Paid per Order, Dkt # 48.   -$82,711.51 | 8500-002 | | | |
| | | Atlanta Communities | Real estate commission paid per Order, Dkt # 48.   -$6,125.00 | 3510-000 | | | |
| | | Angelia Cogley | Debtor's exemption paid per Order, Dkt # 48.   -$1,537.60 | 8100-002 | | | |
| 12/28/20 | 101 | Georgia Department of Revenue | Income taxes, FEIN - 66-6779966 - Paid per Order, Dkt # 53 | 2820-000 | | 170.00 | 80,991.20 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 118.34 | 80,872.86 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 125.40 | 80,747.46 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 120.78 | 80,626.68 |
| 03/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 142.14 | 80,484.54 |
| 04/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 128.99 | 80,355.55 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 120.20 | 80,235.35 |
| | | **COLUMN TOTALS** | | | 81,173.91 | 938.56 | $80,235.35 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 81,173.91 | 938.56 | |
| | | | Less: Payments to Debtors | | | 1,537.60 | |
| | | **NET Receipts / Disbursements** | | | **$81,173.91** | **-$599.04** | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                              ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-64049-BEM | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | COGLEY, ANGELIA THACKER | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***9966 | **Account #:** | ******0351 Checking |
| **For Period Ending:** | 06/23/2021 | **Blanket Bond (per case limit):** | $31,525,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $81,173.91 |
| Plus Gross Adjustments: | $99,951.09 |
| Less Payments to Debtor: | $1,537.60 |
| Less Other Noncompensable Items: | $82,711.51 |
| Net Estate: | $96,875.89 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0351 Checking | $81,173.91 | -$599.04 | $80,235.35 |
| | **$81,173.91** | **-$599.04** | **$80,235.35** |

06/23/2021
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 18-64049-BEM                     ANGELIA THACKER COGLEY

Claims Bar Date: 01/30/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM1 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>12/03/20 | | $8,093.79<br>$8,093.79 | $0.00 | $8,093.79 |
| ADM2 | S. Gregory Hays<br>2964 Peachtree Road, NW, Ste. 555<br>Atlanta, GA 30305<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>12/03/20 | | $792.72<br>$792.72 | $0.00 | $792.72 |
| ADM3 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>12/08/20 | | $36,089.50<br>$36,089.50 | $0.00 | $36,089.50 |
| ADM4 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>12/08/20 | | $1,229.15<br>$1,229.15 | $0.00 | $1,229.15 |
| ADM5 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>12/08/20 | | $2,160.00<br>$2,160.00 | $0.00 | $2,160.00 |
| ADM6 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>12/08/20 | | $94.40<br>$94.40 | $0.00 | $94.40 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

**Case: 18-64049-BEM**      **ANGELIA THACKER COGLEY**

Claims Bar Date: 01/30/19

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM7 | Clerk, United States Bankruptcy Court<br>1340 Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br><2700-000 Clerk of the Court Fees><br>, 200<br><br>Per Order, Dkt # 56. Deferred Filing Fee for Adversary 19-05009. | Administrative<br>01/04/21 | | $350.00<br>$350.00 | $0.00 | $350.00 |
| 1P | Department of the Treasury Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br><br>Amended/Replaced by POC # 1P-2. | Priority<br>11/07/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1P-2 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br><br>Replaces POC # 1P. | Priority<br>11/07/18 | | $12,117.32<br>$12,117.32 | $0.00 | $12,117.32 |
| 1U | Department of the Treasury Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br><br>Amended/Replaced by POC # 1U-2 | Unsecured<br>11/07/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1U-2 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/07/18 | | $4,395.95<br>$4,395.95 | $0.00 | $4,395.95 |

Page: 3

# Exhibit C

## Analysis of Claims Register

**Case: 18-64049-BEM**      **ANGELIA THACKER COGLEY**

Claims Bar Date: 01/30/19

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 1Ua | Department of the Treasury Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630 | Unsecured<br>11/07/18 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Replaced/Amended by POC # 1Ua-2. | | | | | |
| 1Ua-2 | Department of the Treasury Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630 | Unsecured<br>11/07/18 | | $4,687.52<br>$4,687.52 | $0.00 | $4,687.52 |
| | Replaces POC # 1Ua. Penalties paid under Section §726(a)(4) | | | | | |
| 2 | Quantum3 Group LLC as agent for GPCC I LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/12/18 | | $523.20<br>$523.20 | $0.00 | $523.20 |
| 3 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/16/18 | | $456.04<br>$456.04 | $0.00 | $456.04 |
| 4 | The Bank of Missouri d/b/a Fortiva<br>PO Box 105555<br>Atlanta, GA 30348<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/03/18 | | $441.73<br>$441.73 | $0.00 | $441.73 |
| 5 | State Farm Federal Credit Union<br>P.O. Box 853944<br>Richardson, TX 75085<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/10/18 | | $14,015.82<br>$14,015.82 | $0.00 | $14,015.82 |

UST Form 101-7-TFR (5/1/2011)

Page: 4

# Exhibit C

## Analysis of Claims Register

**Case:** 18-64049-BEM          **ANGELIA THACKER COGLEY**

Claims Bar Date: 01/30/19

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | State Farm Federal Credit Union<br>P.O. Box 853944<br>Richardson, TX 75085<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/10/18 | | $7,870.43<br>$7,870.43 | $0.00 | $7,870.43 |
| 7 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/21/18 | | $451.12<br>$451.12 | $0.00 | $451.12 |
| 8 | Verizon by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/28/18 | | $187.88<br>$187.88 | $0.00 | $187.88 |
| 9 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/19 | | $157,420.30<br>$157,420.30 | $0.00 | $157,420.30 |
| 10 | Quantum3 Group LLC<br>as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/22/19 | | $472.19<br>$472.19 | $0.00 | $472.19 |
| 11 | Quantum3 Group LLC<br>as agent for JH Portfolio Debt Equities LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620 | Unsecured<br>02/07/19 | | $13,724.78<br>$13,724.78 | $0.00 | $13,724.78 |

**Case Total:**          **$0.00**          **$265,573.84**

UST Form 101-7-TFR (5/1/2011)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-64049-BEM
Case Name: ANGELIA THACKER COGLEY
Trustee Name: S. Gregory Hays

**Balance on hand:**     $            80,235.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:     $           0.00
Remaining balance:                          $      80,235.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 8,093.79 | 0.00 | 8,093.79 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 2,160.00 | 0.00 | 2,160.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 94.40 | 0.00 | 94.40 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Trustee, Expenses - S. Gregory Hays | 792.72 | 0.00 | 792.72 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 36,089.50 | 0.00 | 36,089.50 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 1,229.15 | 0.00 | 1,229.15 |

Total to be paid for chapter 7 administrative expenses:     $      48,809.56
Remaining balance:                                          $      31,425.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:     $           0.00
Remaining balance:                                              $      31,425.79

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,117.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Department of the Treasury Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1P-2 | Department of the Treasury | 12,117.32 | 0.00 | 12,117.32 |

Total to be paid for priority claims: $ 12,117.32
Remaining balance: $ 19,308.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $186,234.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Department of the Treasury Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1U-2 | Department of the Treasury | 4,395.95 | 0.00 | 455.76 |
| 2 | Quantum3 Group LLC as agent for GPCC I LLC | 523.20 | 0.00 | 54.25 |
| 3 | Capital One Bank (USA), N.A. | 456.04 | 0.00 | 47.28 |
| 4 | The Bank of Missouri d/b/a Fortiva | 441.73 | 0.00 | 45.80 |
| 5 | State Farm Federal Credit Union | 14,015.82 | 0.00 | 1,453.13 |
| 6 | State Farm Federal Credit Union | 7,870.43 | 0.00 | 815.99 |
| 7 | Capital One, N.A. | 451.12 | 0.00 | 46.77 |
| 8 | Verizon by American InfoSource as agent | 187.88 | 0.00 | 19.48 |
| 9 | U.S. Department of Education | 157,420.30 | 0.00 | 16,321.05 |
| 10 | Quantum3 Group LLC | 472.19 | 0.00 | 48.96 |

Total to be paid for timely general unsecured claims: $ 19,308.47
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $13,724.78 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 11 | Quantum3 Group LLC | 13,724.78 | 0.00 | 0.00 |

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $4,687.52 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1Ua | Department of the Treasury Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1Ua-2 | Department of the Treasury Internal Revenue Service | 4,687.52 | 0.00 | 0.00 |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---:|
| | Remaining balance: | $ | 0.00 |