UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ANGELIA THACKER COGLEY, | : | CASE NO. 18-64049-BEM |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 27th day of July, 2021.

                                                                              */s/ S. Gregory Hays*
                                                                              S. Gregory Hays
                                                                              Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

Johnston & Owen LLP
124 North Hill Street
Griffin, GA 30223-3327

RISECSO
4150 International PZ 300
FT WORTH, TX 76109

NC FINANCIAL
175 W JACKSON BV 1000
CHICAGO, IL 60604-2863

Quantum3 Group LLC
as agent for GPCC I LLC
PO Box 788
Kirkland, WA 98083-0788

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Michael J. Bargar
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363-1031

COMENITYBANK
KAY JEWELER
PO BOX 182789
COLUMBUS, OH 43218-2789

CREDIT FIRST
PO BOX 81315
CLEVELAND, OH 44181-0315

Lending Club Corporation
71 STEVENSON 300
SAN FRANCISCO, CA 94105-2985

GA Dept of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century Blvd
ATLANTA, GA 30345-3202

Bright Loan
PO Box 578
Hays, MT 59527-0578

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Sage Lending
PO Box 240
Commerce, GA 30529-0004

State Farm
Federal Credit Union
P.O. Box 853944
Richardson, TX 75085

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107-0145

Kay Jewelers
375 Ghent Road
Akron, OH 44333-4600

Charles M. Clapp
Law Offices of Charles Clapp, LLC
5 Concourse Parkway NE
Suite 3000
Atlanta, GA 30328-7106

CB INDIGO
PO BOX 4499
BEAVERTON, OR 97076-4499

Amira L. Vicari Hills
411 Hamilton Blvd,. Suite 1400
Peoria, IL 61602-1187

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

TBOM/FORTIVA MC
PO BOX 105555
ATLANTA, GA 30348-5555

STATE FARM FEDERAL CREDIT
1 STATE FARM PZ
BLOOMINGTON, IL 61710

Amplify Funding
597 Peace Pipe Road, 2nd Floo
Lac Du Flambeau, WI 54538

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW
Suite 600
Atlanta, GA 30303-3309

Angelia Thacker Cogley
383 Antioch Road
Fayetteville, GA 30215-5704

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Office of the US Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

U.S. Department of Education
c/o FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Bill Celler
Atlanta Communities RE
3405 Dallas Hwy, Ste 720
Marietta, GA 30064-6428

KOHLS DEPARTMENT STORE
PO BOX 3115
MILWAUKEE, WI 53201-3115

| | | |
|---|---|---|
| Transunion<br>2 Baldwin Place<br>PO Box 1000<br>Crum Lynne, PA 19022-1370 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | THE BANK OF MISSOURI<br>5109 S BROADBAND LN<br>SIOUX FALLS, SD 57108-2208 |
| NAVY FEDERAL CR UN<br>820 FOLLIN LN<br>VIENNA, VA 22180-4907 | Experian<br>701 Experian Parkway<br>Allen, TX 75013-3715 | JPMORGAN Chase Bank NA<br>Bankruptcy Intake Team<br>700 KANSAS LANE<br>FLOOR 01<br>MONROE, LA 71203-4774 |
| WEBBANK/FINGERHUT<br>6250 RIDGEWOOD RD<br>SAINT CLOUD, MN 56303-0820 | Bridgecrest Formerly Drivetime<br>P O BOX 29018<br>PHOENIX, AZ 85038-9018 | D&A Services<br>1400 E Touhy Ave<br>Suite G2<br>Des Plaines, IL 60018-3338 |
| Green Trust Cash<br>PO Box 340<br>Hays, MT 59527-0340 | FEDLOAN SERVICING<br>PO BOX 60610<br>HARRISBURG, PA 17106-0610 | Bullseye Auction & Appraisal, LLC<br>Mr. Scott Schwartz<br>500 Pike Park Drive, Suite F<br>Lawrenceville, GA 30046-2416 |
| GA Dept. of Revenue<br>Bankruptcy Section<br>1800 Century Blvd NE<br>Ste 9100<br>Atlanta, GA 30345 | Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 | GREAT PLAINS LENDING<br>112 PARADISE DR<br>B RED ROCK, OK 74651-2203 |
| CAPITAL ONE BANK USA NA<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130-0281 | Quantum3 Group LLC as agent for<br>JH Portfolio Debt Equities LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Internal Revenue Service<br>Centralized Insolvency Opera<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Web Bank<br>8405 SW Nimbus Ave A<br>Beaverton, OR 97008-7185 | CHASE CARD<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Spot Loan Lending<br>PO Box 927<br>Palatine, IL 60078-0927 |
| The Bank of Missouri<br>d/b/a Fortiva<br>PO Box 105555<br>Atlanta, GA 30348-5555 | | |