**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No. 18-64049
Case Name: ANGELIA T. COGLEY
Trustee Name: S. Gregory Hays

**Balance on hand:**    $    80,235.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    80,235.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 8,093.79 | 0.00 | 8,093.79 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 2,160.00 | 0.00 | 2,160.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 94.40 | 0.00 | 94.40 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Trustee, Expenses - S. Gregory Hays | 792.72 | 0.00 | 792.72 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 34,889.50 | 0.00 | 34,889.50 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 1,229.15 | 0.00 | 1,229.15 |

Total to be paid for chapter 7 administrative expenses:    $    47,609.56
Remaining balance:    $    32,625.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

**UST Form 101-7-TFR(5/1/2011)**

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 32,625.79 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,117.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Department of the Treasury Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1P-2 | Department of the Treasury | 12,117.32 | 0.00 | 12,117.32 |

| | Total to be paid for priority claims: | $ | 12,117.32 |
|---|---|---|---|
| | Remaining balance: | $ | 20,508.47 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $186,234.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Department of the Treasury Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1U-2 | Department of the Treasury | 4,395.95 | 0.00 | 484.09 |
| 2 | Quantum3 Group LLC as agent for GPCC I LLC | 523.20 | 0.00 | 57.62 |
| 3 | Capital One Bank (USA), N.A. | 456.04 | 0.00 | 50.22 |
| 4 | The Bank of Missouri d/b/a Fortiva | 441.73 | 0.00 | 48.64 |
| 5 | State Farm Federal Credit Union | 14,015.82 | 0.00 | 1,543.45 |
| 6 | State Farm Federal Credit Union | 7,870.43 | 0.00 | 866.70 |
| 7 | Capital One, N.A. | 451.12 | 0.00 | 49.68 |
| 8 | Verizon by American InfoSource as agent | 187.88 | 0.00 | 20.69 |
| 9 | U.S. Department of Education | 157,420.30 | 0.00 | 17,335.38 |
| 10 | Quantum3 Group LLC | 472.19 | 0.00 | 52.00 |

| | Total to be paid for timely general unsecured claims: | $ | 20,508.47 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $13,724.78 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Quantum3 Group LLC | 13,724.78 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $4,687.52 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1Ua | Department of the Treasury Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 1Ua-2 | Department of the Treasury Internal Revenue Service | 4,687.52 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Date: Sep 15, 2021         Signed: /s/ S. Gregory Hays
S. Gregory Hays, Trustee
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
4049260060

**UST Form 101-7-TFR(5/1/2011)**