

**IT IS ORDERED as set forth below:**

**Date: September 17, 2021**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ANGELIA THACKER COGLEY, | : | CASE NO. 18-64049-BEM |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE AND PROFESSIONALS OF THE TRUSTEE**

On July 27, 2021, the Chapter 7 Trustee ("**Trustee**") filed applications for payment of compensation in the amount of $8,093.79 and expenses in the amount of $792.72 to the Chapter 7 Trustee [Doc. No. 58-1], compensation in the amount of $36,089.50 and expenses in the amount of $1,229.15 to Arnall Golden Gregory LLP, Trustee's counsel [Doc. No. 58-2], and compensation in the amount of $2,160.00 and expenses in the amount of $94.40 to Hays Financial Consulting, LLC, Trustee's accountants [Doc. No. 58-3] (collectively, the "**Fee Applications**").

On July 28, 2021, Trustee filed a notice [Doc. No. 59] (the "**Notice**") of the Fee Applications and Trustee's Final Report (the "**Final Report**"), setting the Final Report and Fee Applications for hearing on August 31, 2021 (the "**Hearing**").

Trustee certifies that he served the Notice on all creditors and parties in interest entitled to notice. [Doc. No. 59-1].

No party in interest filed a response in opposition to the relief requested in the Fee Applications or the Final Report; however, the United States Trustee made an informal inquiry regarding counsel for trustee fees.

At the calendar call for the Hearing, counsel for Trustee and counsel for the United States Trustee announced a reset of the Hearing to September 14, 2021 (the "**Reset Hearing**").

Counsel for Trustee and for Trustee's professionals and counsel for the United States Trustee appeared at the calendar call for the Reset Hearing. No creditors or other parties in interest appeared.

AGG and the United States Trustee have reached an agreement (the "**Agreement**") whereby the fees of AGG will be reduced by $1,200.00 from $36,089.50 to $34,889.50.

On September 15, 2021, Trustee filed an amendment to his Final Report to show that the fee reduction of AGG in the amount of $1,200.00 was being paid instead to non-priority, general unsecured claims. [Doc. No. 60].

The services sought to be compensated in the Fee Applications have been evaluated pursuant to 11 U.S.C. §§ 326 and 330. The compensation requested by Trustee is equal to the statutory fee provided in 11 U.S.C. §326, and appears reasonable under the circumstances. The compensation of Trustee's professionals is reasonable under the circumstances. Under the principles set forth in *Norman v. Housing Authority of City of Montgomery*, 836 F.2d 1292 (11th

17077012v1

Cir. 1988), and this Court's knowledge of prevailing market rates and an evaluation of the skill, experience, and reputation of the professional applicants, the hourly rates, which they seek to charge, are reasonable. Review of the professionals' Fee Applications shows the hours expended were reasonable. The Court further finds that the expenses, for which reimbursement is sought, were reasonable and necessary in rendering the services. No factors are present in this case that require additional reduction or enhancement of the lodestar. Accordingly, based on the foregoing and the Agreement between AGG and the United States Trustee, and, for good cause shown, it is hereby

**ORDERED** that the Fee Applications and Final Report, as amended, are **APPROVED** and this approval is made final. It is further

**ORDERED** that fees and expenses requested are allowed as compensation and reimbursement of expenses as follows:

| *Applicant* | *Docket No.* | *Fees* | *Expenses* | *Total* |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 58-1 | $8,093.79 | $792.72 | $8,886.51 |
| Arnall Golden Gregory LLP, attorneys for Trustee | 58-2 | $34,889.50 | $1,229.15 | $36,118.65 |
| Hays Financial Consulting, LLC, accountants for Trustee | 58-3 | $2,160.00 | $94.40 | $2,254.40 |

It is further

**ORDERED** that Trustee is authorized and directed to pay said compensation and reimbursement of expenses approved herein based on available funds and as outlined in the Final Report.

**[END OF DOCUMENT]**

17077012v1

**Order prepared and presented by:**

**ARNALL GOLDEN GREGORY LLP**
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
	Michael J. Bargar
	Georgia Bar No. 645709
	michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
(404) 873-7030


**Identification of parties to be served:**

Shawna P. Staton, Office of the U.S. Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

S. Gregory Hays, Hays Financial Consulting, LLC, 2964 Peachtree Rd, NW, Suite 555, Atlanta, GA 30305

Charles M. Clapp, Law Offices of Charles Clapp, LLC, 5 Concourse Parkway NE, Suite 3000, Atlanta, GA 30328

Angelia Thacker Cogley, 383 Antioch Road, Fayetteville, GA 30215

Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363

17077012v1