UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Angelia Thacker Cogley**
383 Antioch Road
Fayetteville, GA 30215

**xxx–xx–0544**

Case No.: **18–64049–bem**
Chapter: **7**
Judge: **Barbara Ellis–Monro**

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**S. Gregory Hays**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

Barbara Ellis–Monro
United States Bankruptcy Judge

Dated: January 25, 2022
Form 183